**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1727**

———————

MICHAEL J. HALE, d/b/a Data Base Technologies,

Plaintiff - Appellant,

versus

BELTON ASSOCIATES, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:06-cv-00099-GBL)

———————

Submitted: March 2, 2007          Decided: March 12, 2007

———————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

John P. Forest, II, STAHL, FOREST & ZELLOE, P.C., Fairfax, Virginia, for Appellant. Aleksander Lamvol, SHEPPARD MULLIN RICHTER & HAMPTON, LLP, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Hale seeks to appeal the district court's order granting Defendant's motion to dismiss in part and denying it in part. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Hale seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED